USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANGELA ALTAGRACIA JORGE,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

18 **CIVIL** 10040 (SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 13, 2020, Jorge's motion for judgment on the pleadings is denied, and the Commissioner's cross-motion is granted; accordingly, this case is closed.

**Dated:** New York, New York
         March 16, 2020

                                          **RUBY J. KRAJICK**
                                            _____
                                                 Clerk of Court
**BY:**
                                             _____
                                                 **Deputy Clerk**